CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
для Roanoke
DEC - 3 2010
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER C. MOORE,<br>Plaintiff, | ) ) ) | Civil Action No. 7:10-cv-00258 |
| v. | ) ) | **ORDER** |
| OFFICER J. BOGGS, et al.,<br>Defendants. | ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motions for preliminary injunctive relief (no. 6, 23) are **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER:** This 3rd day of December, 2010.

Senior United States District Judge