CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RkD
DEC 21 2010
JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER C. MOORE, | ) | Civil Action No. 7:10-cv-00258 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OFFICER J. BOGGS, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claims against defendant Eichenlaub are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); the correctional defendants' motion for summary judgment is **GRANTED**; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This _21st_ day of December, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge